*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, COGLEY, and DEERWESTER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**David ROSALESMORALES**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202200062**

_____

Decided: 12 July 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam M. King

Sentence adjudged 9 November 2021 by a special court-martial convened at Camp Foster, Okinawa, Japan consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 210 days,[1] and a bad-conduct discharge.

For Appellant:
*Lieutenant Daniel E. Grunert, JAGC, USN*

---

[1] Appellant was credited with 135 days of pretrial confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Convening Authority's Action does not accurately reflect a summary of the sentence limitations of the plea agreement. The summary states merely that confinement is limited to 90 days. However, the plea agreement limited the sentence for Charge I to 90 days and, *also*, limited the sentence for Charge II to 120 days, to run consecutively for a total of 210 days. Nevertheless, the Convening Authority's Action did approve the sentence as adjudged. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with *United States v. Crumpley*,[4] we modify the Convening Authority's Action and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Acting Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

[4] *Id.*